JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hero Nutritionals, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>Estes Express Lines, et al.,<br><br>             Defendant(s). | SACV 11-01927 JVS (JPRx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   June 15, 2012

_____
James V. Selna
United States District Judge